EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| | 2021 TSPR 99 |
| Paolo J. Pérez Román | 207 DPR _____ |

Número del Caso:  TS-15,582

Fecha:  1 de julio de 2021

Abogada de la parte peticionaria:

    Por derecho propio

Materia:  Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como  un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*,

Paolo J. Pérez Román                    TS-15,582

RESOLUCIÓN

En San Juan, Puerto Rico, a 1 de julio de 2021.

Examinada la *Moción en cumplimiento de orden y solicitud de reinstalación al ejercicio de la abogacía y la notaría* presentada por el peticionario, se reinstala al Lcdo. Paolo J. Pérez Román al ejercicio de la abogacía.

En cuanto a su reinstalación al ejercicio de la notaría, se le concede a la Oficina de Inspección de Notarías (ODIN) un término de veinte (20) días, contado a partir de la notificación de esta Resolución, para que se exprese en torno al petitorio del licenciado Pérez Román.

Se ordena reactivar las quejas AB-2013-211 y AB-2014-363 que tiene el licenciado Pérez Román pendientes ante este Tribunal, la cuales quedaron archivadas administrativamente ante su suspensión en el 2017.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Jueza Presidenta Oronoz Rodríguez no intervino.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo